1  Frederick M. Heiser, Bar No. 232582
   Ian A. Rambarran, Bar No. 227366
2  Jessica R. Spinola, Bar No. 309138
   KLINEDINST PC
3  801 K Street, Suite 2100
   Sacramento, California 95814
4  (916) 444-7573/FAX (916) 444-7544
   fheiser@klinedinstlaw.com
5  irambarran@klinedinstlaw.com
   jspinola@klinedinstlaw.com
6
   Attorneys for Defendant BLAZIN WINGS, INC.
7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

10

11 LAURICE M. ARZADON, an individual,        Case No. 4:21-cv-03114-DMR

12              Plaintiff,                     **ORDER CONTINUING INITIAL CASE MANAGEMENT SCHEDULE**

13        v.                                   Filed Concurrently with STIPULATION TO CONTINUE CASE MANAGEMENT SCHEDULE

14 BLAZIN WINGS, INC.,

15              Defendant.

16

17 Based on the foregoing stipulation and good cause showing, the Court orders that:

18         The Initial Case Management Conference currently set for September 29, 2021 is

19 continued to December 1, 2021 at 10:00 a.m. by Zoom video conference.  Parties shall file a joint

20 case management conference statement by November 24, 2021.  All dates and deadlines shall run

21 from the new Case Management date.

22         IT IS SO ORDERED.

23

24 DATED:   September 23, 2021

25

26                                            _____
                                              MAGISTRATE JUDGE DONNA M. RYU
27

28

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

IT IS SO ORDERED
Judge Donna M. Ryu